In the Matter of the Application of BENJAMIN NEUWIRTH for Admission to the Bar.— Motion granted to the extent of permitting the applicant to renew his

application for admission to the bar. Present — Lazansky, P. J., Young, Hagarty and Scudder, JJ.; Carswell, J., not voting.